FILED
SUPERIOR COURT
OF GUAM

2021 MAR -2 AM 10: 46

CLERK OF COURT

By:_____



## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| **PEOPLE OF GUAM,**<br><br>v.<br><br>**JASON ANDREW RALSTON,**<br>DOB: 04/10/1972<br><br>Defendant. | **Criminal Case No. CM0395-20**<br>GPD Report No. 20-23038<br><br>**DECISION AND ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE OF COURT TO ENLARGE TIME TO FILE MOTIONS** |

### INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III for hearing on Defendant Jason Andrew Ralston's ("Defendant's") Motion for Leave of Court to Enlarge Time to File Motions ("Motion"). Assistant Attorney General Sean E. Brown represents the People, and Attorney Daniel J. Berman represents Defendant. Having duly considered the parties' briefs and the applicable law, the Court now issues the following Decision and Order and **GRANTS** Defendant's Motion.

### BACKGROUND

On February 3, 2021, Defendant submitted his Motion for Leave of Court to Enlarge Time to File Motions. Per the Court's October 13, 2020 Trial Scheduling Order, all motions were due by February 12, 2021. Trial Scheduling Order, Oct. 13, 2020.

Following the October 13th Trial Scheduling Order, the People failed to turn over all requested discovery by the November 12, 2020 deadline. Motion at 2. Documents 43-156 were delivered between November 24, 2020 and January 14, 2021. Motion at 2. Due to the COVID-19 pandemic, the People have also failed to provide a supervised inspection of the intoxilyzer breath

Decision and Order Granting Defendant's Motion for Leave of Court to Enlarge Time to File Motions
CM0395-20, *People of Guam v. Jason Ralston*
Page 1 of 2

machines at GPD and related discovery concerning the use, preparation, calibration, and maintenance of the intoxilyzer machines. Motion at 2.

The Defendant has since requested an extension of time to file his dispositive motion to dismiss and to suppress. The People do not object. Motion at 2.

## DISCUSSION

Title 8 GCA § 65.45 provides the court with authority to allow the filing of motions beyond the time limit previously set by the court. The request to file late motions involves balancing the Court's ability to control its docket with the defendant's right to prepare a defense. *Ungar v. Sarafite*, 376 U.S. 575, 590 (1964). "There are no mechanical tests for deciding when a denial of a continuance is so arbitrary as to violate due process. The answer must be found in the circumstances present in every case, particularly in the reasons presented to the trial judge." Id. at 589.

Here the court is satisfied that the circumstances Defendant listed justify letting him file a motion beyond the date previously set. The Defendant's late receipt of the requested discovery makes it exceptionally difficult for him to analyze his legal options and prepare a complete defense without extending the motion cutoff date.

## CONCLUSION

For the reasons stated above, the Court **GRANTS** Defendant's Motion. Defendant shall have until February 22, 2021 to file any motion he wishes to present.

**IT IS SO ORDERED** this ___Mar.2,2021___ *nunc pro tunc* to February 3, 2021.



_____
**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

Decision and Order Granting Defendant's Motion for Leave of Court to Enlarge Time to File Motions
CM0395-20, *People of Guam v. Jason Ralston*
Page 2 of 2